UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUNG HAN,<br><br>               Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, et al.,<br><br>               Defendants. | CASE NO. C15-5702 BHS<br><br>ORDER GRANTING MOTIONS TO DISMISS AND CLOSING CASE |

This matter comes before the Court on Defendants Mortgage Electronic Registration Systems, Nationstar Mortgage, and Defendant Northwest Trustee Services, Inc.'s ("Defendants") motions to dismiss (Dkts. 19, 24).

On December 1, 2015, the Court granted Defendants' initial motions to dismiss and granted Plaintiff Sung Han ("Han") leave to file an amended complaint. Dkt. 17. On December 16, 2015, Han filed an amended complaint. Dkt. 18. On December 23, 2015 and January 29, 2016 Defendants filed the instant motions to dismiss the amended complaint. Dkts. 19, 24. Han did not respond to either motion.

"[I] if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rules, W.D.

ORDER - 1

Wash. LCR 7(b)(2).  The Court considers Han's failure to respond to either motion to dismiss as an admission that both motions have merit.  Moreover, the Court has reviewed the amended complaint and the motions and concludes that, for the reasons stated in the motions, Han fails to state any claim for relief against Defendants.  Therefore, the Court grants the motions and dismisses Han's amended complaint against Defendants with prejudice.

With regard to the remaining Defendant First American Trustee and various John Does, the complaint also fails to identify these parties or state any claim against these defendants.  Therefore, the Court also dismisses these parties and the Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 17th day of March, 2016.

BENJAMIN H. SETTLE
United States District Judge